NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS OSCAR FUENTES,    )
        )
    Appellant,    )
        )
v.    )    Case No. 2D17-3302
        )
STATE OF FLORIDA,    )
        )
    Appellee.    )
_____ )

Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Paul E. Firmani, Judge.


PER CURIAM.


Affirmed.


KHOUZAM, BLACK, and LUCAS, JJ., Concur.